UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JODI CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RAP TRUCKING, INC., a Massachusetts corporation, and RANDY H. GROSS, | ) ) ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff Jodi Campbell, by her attorneys, Joseph W. Phebus, William R. Graham, Jr., and Ryan R. Bradley of the law firm of Phebus & Koester, and Donald R. Parkinson of the law firm of Parkinson & Berns, and complaining of Defendants RAP Trucking, Inc. ("RAP"), and Randy H. Gross ("Gross"), jointly and severally, avers:

1. Plaintiff is a citizen of the State of Illinois.

2. Defendant Gross is a citizen of the State of Florida.

3. Defendant RAP is a Massachusetts corporation and its principal place of business is in the State of Florida.

4. The occurrence complained of herein took place in Ford County, Illinois.

5. The amount in controversy exclusive of costs and interest exceeds Seventy Five Thousand Dollars.

6. By virtue of the foregoing, this court has diversity jurisdiction pursuant to 28 U.S.C. §1332 and venue pursuant to 28 U.S.C. §1391(a)(2).

7. At all relevant times, Defendant Gross was an employee and in the course and scope of his employment with Defendant RAP, and accordingly, Defendant RAP is liable for his acts or omissions under the doctrine of *respondeat superior*.

8. On February 10, 2008, at approximately 4:11 a.m., Defendant Gross was operating a semi truck and trailer owned by or leased to Defendant RAP northbound on Interstate Route 57 near mile post 258 in Ford County, Illinois.

9. At said time and place, plaintiff was operating her Dodge Caravan minivan northbound on Interstate 57.

10. At said time and place, said semi truck and trailer crashed into the rear end of said minivan.

11. The aforesaid occurrence was the direct and proximate result of one or more or a combination of various acts or omissions including but not limited to the following:

> A. Operated his vehicle upon the highway at a speed which endangered the safety of persons or property in violation of 625 ILCS 5/11-601(a);
>
> B. Operated his vehicle in excess of the posted speed limit of 55 miles per hour in violation of 625 ILCS 5/11-601(f);
>
> C. Failed to decrease the speed of his vehicle to avoid colliding with the plaintiff's vehicle in violation of 625 ILCS 5/11-601(a);
>
> D. Failed to reduce speed to avoid a collision;
>
> E. Failed to keep a proper lookout for other motor vehicles;
>
> F. Was otherwise negligent as may be ascertained and determined through pretrial discovery.

12. As direct or proximate result of the negligent acts or omissions or a combination thereof, plaintiff received multiple, severe and permanent injuries including but not limited to:

    A.    Traumatic injury of the brain resulting in internal bleeding;
    B.    A depressed skull fracture;
    C.    A 20 centimeter laceration of the scalp;
    D.    A rupture of the spleen;
    E.    A rupture of the bladder;
    F.    A 14 centimeter facial laceration;
    G.    A 7 centimeter intraoral laceration with avulsion fractures of various teeth;
    H.    A left maxillary fracture;
    I.    A fracture of the nose;
    J.    Various fractures of the spine including:
        (1)    The body of the 1st lumbar and 12th thoracic vertebrae;
        (2)    One or more fractures of a process of the 10th, 11th and 12th thoracic vertebrae, and the 1st, 4th and 5th lumbar vertebrae;
        (3)    Dislocation of the facet joint of the 1st and 2nd lumbar vertebrae;
    K.    Various fractures of the pelvis including the sacrum and the left pubic ramus;
    L.    And various other injuries to her body.

13.    As a result of said injuries, she has suffered and will permanently suffer pain, emotional anguish, physical disability, diminished earnings capacity and diminished ability to enjoy and participate in life.

14.    As a result of said injuries, she has incurred and become liable for medical bills in order to survive her injuries and to attempt to alleviate them and will incur further such expenses in the future.

15.    As a result of said injuries, she has lost income she would have otherwise earned.

WHEREFORE plaintiff prays judgment against the defendants jointly and severally in the sum of Ten Million Dollars and for costs of suit and demands a trial by jury.

        JODI CAMPBELL, Plaintiff, by her attorneys, Joseph W. Phebus, William R. Graham, Jr., and Ryan R. Bradley of the law firm of PHEBUS & KOESTER, and Donald R. Parkinson of the law firm of PARKINSON & BERNS

BY: _____s/J.W.PHEBUS_____
      J. W. PHEBUS

BY: _____s/WILLIAM R. GRAHAM, JR._____
      WILLIAM R. GRAHAM, JR.

BY: _____s/RYAN R. BRADLEY_____
      RYAN R. BRADLEY

BY: _____s/DONALD R. PARKINSON_____
      DONALD R. PARKINSON

## **JURY DEMAND**

COMES NOW Plaintiff Jodi Campbell, by her attorneys, Joseph W. Phebus, William R. Graham, Jr., and Ryan R. Bradley of the law firm of Phebus & Koester, and Donald R. Parkinson of the law firm of Parkinson & Berns, and hereby demands a trial by jury on the issues in this cause.

        JODI CAMPBELL, Plaintiff, by her attorneys, Joseph W. Phebus, William R. Graham, Jr., and Ryan R. Bradley of the law firm of PHEBUS & KOESTER, and Donald R. Parkinson of the law firm of PARKINSON & BERNS

BY: _____s/J.W.PHEBUS_____
      J. W. PHEBUS

BY: _____s/WILLIAM R. GRAHAM, JR._____
      WILLIAM R. GRAHAM, JR.

BY: _____s/RYAN R. BRADLEY_____
      RYAN R. BRADLEY

BY: _____s/DONALD R. PARKINSON_____
      DONALD R. PARKINSON

PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400

PARKINSON & BERNS
133 West Main Street
Urbana, Illinois 61801
(217) 384-7111
*F:\DOCS\JOE\CAMPBELL, JODI\COMPLAINT.doc*

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JODI CAMPBELL

**DEFENDANTS**
RAP TRUCKING, INC., a Massachusetts corporation, and RANDY H. GROSS,

**(b)** County of Residence of First Listed Plaintiff: Ford
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joseph W. Phebus
Phebus & Koester, 136 West Main Street, Urbana, Illinois 61801
Telephone: (217) 337-1400

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excl. vet.)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [x] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Inj.

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury—Med. Malpractice
- [ ] 365 Personal Injury—Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Security/Commodity/Exch.
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 ADA—Employment
- [ ] 446 ADA — Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Personal injury claim with jurisdiction founded on diversity pursuant to 28 USC §1332.

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 10,000,000.00
- CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes [ ] No

## IX. This case
- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 10/19/09

SIGNATURE OF ATTORNEY OF RECORD
s/JOSEPH W. PHEBUS